**PRISONER CASE**

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

JAN 28 2008
1-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. JOSEPH MAX | **Defendant(s):** KEVIN GILSON, etc., et al. |
| **County of Residence:** BROWN | **County of Residence:** |
| **Plaintiff's Address:** Joseph Max<br>N-21823<br>Western - WST<br>R.R. 4, Box 196<br>Mt. Sterling, IL 62353 | **Defendant's Attorney:** Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV616**
**JUDGE KENNELLY**
**MAG. JUDGE NOLAN**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** A. E. Woodham   **Date:** 01/28/2008

Can NOT go to Zagel