IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 28 2008
1-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

UNITED STATES OF AMERICA ex rel.
Joseph Max #N-21823
PETITIONER

VS.

Warden, Kevin Gilson
RESPONDENT,

Indictment No: 81 C 2158

08CV616
JUDGE KENNELLY
MAG. JUDGE NOLAN

MOTION TO PROCEED AS A POOR PERSON
AND
HAVE COUNSEL APPOINTED

Now comes JOSEPH MAX, pursuant to Supreme Court Rule 298 requesting he be allowed to proceed informa pauperis and have counsel appointed for these proceedings. In support thereof it is stated as follows;

1) Petitioner has been incarcerated approx. 27 years with no means of subsistence.

2) He had no income during the preceding year(s) due to his imprisonment.

3) He expects no income due to his incarceration.

4) He owns no real or personal property of value.

5) He has made no applications to sue as a poor person during the previous year.

6) He is unable to pay the costs of this action and to retain counsel.

7) He has a meritorious cause of action.

FURTHER AFFIANT SAYETH NOT!

Mr. Joseph Max #N-21823
Joseph Max #N-21823
R.R. #4 Box 196
Mt. Sterling, ILLINOIS 62353