Date: January 25, 2008

Joseph Max N21823
P.O. Box 1900
Canton, Illinois
61520

Clerk: of the U.S. District Court.
Prisoner Correspondence
219 South Dearborn Street
Chicago, Illinois. 60604

08C616

Case no: 81 C 2158

Re: Change of Address

FILED
JAN 31 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 31 2008

Dear Clerk,

I am writing to advise you that I have been relocated to the Illinois River Correctional Center.

On January 4, 2008 I filed my Habeas Corpus Petition in your Court. And now I want to advise this Court of my new location and address, to receive my case number.

Thank you for your time and consideration.

Sincerely,
Mr. Joseph Max
N21823
P.O. Box 1900
Illinois River Corr. Ctr.
Canton, Illinois. 61520