**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Joseph Max v. Kevin Gilson                    Case Number:    08 C 0616

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Kevin Gilson, Warden

| |
|---|
| NAME (Type or print)<br>Karl R. Triebel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Karl R. Triebel |
| FIRM  Office of the Illinois Attorney General |
| STREET ADDRESS    100 W. Randolph St, 12th Floor |
| CITY/STATE/ZIP  Chicago, IL 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6285222 | TELEPHONE NUMBER<br>312 814 2391 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO  ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  ☐ | NO  ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  ☐ | NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  ☐ | NO  X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  ☐            APPOINTED COUNSEL  ☐