IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JOSEPH MAX, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | |
| | ) ) | No. 08 C 0616 |
| KEVIN GILSON, Warden, | ) ) | The Honorable Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

Respondent, KEVIN GILSON, Acting Warden of Illinois River Correctional Center, through his attorney, LISA MADIGAN, Attorney General of Illinois, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from March 21, 2008, to and including April 21, 2008.

An affidavit in support of this motion is attached hereto.

March 18, 2008

Respectfully submitted,
LISA MADIGAN
Attorney General of Illinois

By:   /s/ Karl R. Triebel
KARL R. TRIEBEL
Assistant Attorney General
100 W. Randolph
12th Floor
Chicago, Il. 60601
(312) 814-2391
Atty. Reg. #6285222

State of Illinois    )
                     ) SS.
County of Cook       )

## AFFIDAVIT

KARL R. TRIEBEL, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Illinois Attorney General assigned to handle this matter.

2. That respondent's response to the instant federal habeas corpus petition is currently due to be filed on or before March 21, 2008.

3. That despite due diligence, your affiant will be unable to file a response on behalf of respondent by March 21, 2008.

4. That respondent was ordered to respond to the instant petition by this Court's order of February 12, 2008.

5. That this is respondent's first request for an extension of time to answer or otherwise plead to the instant petition for writ of habeas corpus.

6. That your affiant has ordered, but not yet received, all of the state court materials necessary for filing an informed response to the instant petition.

7. That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

8. That respondent respectfully request that this Honorable Court grant his thirty (30) day motion for an extension of time to and including April 21, 2008,

1

within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

    FURTHER AFFIANT SAYETH NOT.

/s/ Karl R. Triebel_____
Karl R. Triebel

## NOTICE OF ELECTRONIC FILING

     PLEASE TAKE NOTICE that on March 18, 2008, respondent submitted this **Motion for Extension of Time** for electronic filing and uploading to the CM/ECF system. A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Joseph Max, #N21823,
Illinois River Correctional Center,
Route 9 West
P.O. Box 1900
Canton, Il 61520

                                           LISA MADIGAN
                                           Attorney General of Illinois

     By:                        /s/ Karl R. Triebel
                                           KARL R. TRIEBEL
                                           Assistant Attorney General
                                           100 W. Randolph, 12th Floor
                                           Chicago, IL 60601-3218
                                           (312) 814-2391
     E-Mail:                   ktriebel@atg.state.il.us
                                           Atty. Reg. #6285222