IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JOSEPH MAX, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) ) | No. 08 C 0616 |
| KEVIN GILSON, Warden, | ) ) | The Honorable Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To: Joseph Max, #N21823,
Illinois River Correctional Center,
Route 9 West
P.O. Box 1900
Canton, Il 61520

    Please be advised that, on Wednesday, March 26, 2008, at 9:30 a.m., in the appropriate courtroom, a hearing is scheduled on respondent's attached MOTION FOR AN EXTENSION OF TIME.

                                                                         LISA MADIGAN
                                                                         Attorney General of Illinois

                      By:     /s/ Karl R. Triebel
                                KARL R. TRIEBEL
                                Assistant Attorney General
                                100 W. Randolph
                                12th Floor
                                Chicago, Il. 60601
                                (312) 814-2391
                                Atty. Reg. #6285222