# UNITED STATES DISTRICT COURT
## EVERETT McKINLEY DIRKSEN BUILDING
## UNITED STATES COURT HOUSE
## CHICAGO 60604

**H. STUART CUNNINGHAM**
CLERK

**OFFICE OF THE CLERK**

December 26, 1984
(Date)

Hon. Thomas F. Strubbe, Clerk
U. S. Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, Illinois  60604

DEC 27

ATTORNEY APPEAL OFFICE

RE: U.S. ex rel. Max          v   Lane et. al.
D. C. Docket No.: 84 C 8425
U. S. C. A. Docket No: _____

Dear Mr. Strubbe:

I am sending you herewith the original / ~~supplemental / delete inapplicable entry~~ record on appeal.  It consists of the following:

__1__  Volume(s) of Pleadings
None   Volume(s) of Transcript
None   Volume(s) of Depositions

Exhibits: None

Vault Items: None

OTHER (specify): None

SPECIAL NOTE: Notice of Appeal has not been filed in the District Court. Judge's memorandum construed to be notice of appeal.

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

H. STUART CUNNINGHAM, Clerk

By _____
   Deputy Clerk

**EXHIBIT A**

| | |
|---|---|
| UNITED STATES OF AMERICA | SS |
| NORTHERN DISTRICT OF ILLINOIS | |

I, H. STUART CUNNINGHAM, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates designated in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, constitutes the complete record on appeal in' the cause entitled: United States of America ex. rel. Joseph Max, Petitioner/Appellant vs. Michael P. Lane and Michael O'Leary, Respondents/Appellees U.S.D.C. No. 84 C 8425 and U.S.C.A. No. _____.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 26th day of December, 1984

H. STUART CUNNINGHAM, *Clerk*

BY: Susan M. Housing
*Deputy Clerk*

# LIST OF DOCUMENTS

84 C 8425

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9/28/84 | 1 | Filed 9/26/84 Petition for Writ of Habeas corpus ~~with 1 copy~~    ~~JS-5~~ |
| 9/28/84 | 2 | Field 9/26/84 Civil Cover Sheet |
| 9/28/84 | 3 | Filed 9/26/84 Appearance of Bruce Mosbacher as attorney for plaintiff and Affidavit re. Rule 39(1)    GL |
| ~~9/28/84~~ | | ~~Forwarded 9/28/84 complete file to Judge Leighton    GL~~ |
| ~~9/28/84~~ | | ~~Mailed 9/28/84 Copy of petition for writ of habeas corpus to Neil Hartigan, Attorney General on 9/26/84 by certified mail #P-615-366-977    GL~~ |
| ~~10/5/84~~ | ~~4~~ | ~~Filed 10/5/84 certified mail receipt acknowledging mailing on 10/3/84 of copy of petition for writ of habeas corpus to Attorney General's Office.~~    aew |
| 10/9/84 | 5 | Enter order dated 10/5/84; For the reasons stated in the attached order, plaintiff's petition for a writ of habeas corpus is summarily dismissed and petitioner notified.-LEIGHTON-J    JS-6  ~~Notices mailed 10/9/84 with draft    GL~~ |
| ~~10/10/84~~ | ~~6~~ | ~~Filed 10/9/84 Return receipt from post office No. P615-366-977    GL~~ |
| 10/16/84 | 7 | Filed 10/15/84 Petitioner's motion for reconsideration of Habeas Corpus petition pursuant to Federal Rule of Civil Procedure 59; proof of service    GL |
| 10/23/84 | 8 | Enter order dated 10/19/84: Petitioner's motion for reconsideration of habeas corpus petition is granted. Petitioner may support its motion with a memorandum by October 26, 1984.--LEIGHTON, J.. Mld notices 10/23/84.    MN |
| ~~10/25/84~~ | ~~9~~ | ~~Filed 10/24/84 Petitioner's memorandum in support of previously filed motion for reconsideration of habeas corpus petition; notice of filing and proof of service GL~~ |
| 11/8/84 | 10 | Enter Order Dated 11/6/84: This cause is before the court on petitioner's motion for reconsideration of this court's order of October 5, 1984, denying a writ of habeas corpus. The court has reviewed the grounds for reconsideration raised by petitioner, and finds them to be without merit. Accordingly, the court grants the motion for reconsideration, but adheres to its earlier ruling denying habeas corpus relief. -LEIGHTON, J.    DK  MAILED NOTICES 11/8/84 |
| 12/5/84 | 11 | Enter order dated 11/30/84: For the reasons stated in the court's Memorandum, attached herein, petitioner's motion for the issuance of a certificate of probable cause is denied. (DRAFT) - LEIGHTON,J. Mailed notices 12/5/84.    aew |

The circled items constitute the record on appeal