IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| JOSEPH MAX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 08 C 0616 |
| | ) | |
| KEVIN GILSON, Warden, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:　　Joseph Max, #N21823,
　　　　Illinois River Correctional Center,
　　　　Route 9 West
　　　　P.O. Box 1900
　　　　Canton, Il 61520

　　　　Please be advised that, on Wednesday, April 30, 2008, at 9:30 a.m., in the appropriate courtroom, a hearing is scheduled on respondent's attached MOTION TO DISMISS.  Further, respondent recommends that the Court adopt the attached proposed scheduling order.

　　　　　　　　　　　　　　　　LISA MADIGAN
　　　　　　　　　　　　　　　　Attorney General of Illinois

　　　　　　　　By:　　/s/ Karl R. Triebel
　　　　　　　　　　　　KARL R. TRIEBEL, Bar # 6285222
　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　100 W. Randolph St., 12th Floor
　　　　　　　　　　　　Chicago, Il. 60601-3218
　　　　　　　　　　　　TELEPHONE: (312) 814-2391
　　　　　　　　　　　　FAX: (312) 814-2253
　　　　　　　　　　　　EMAIL: ktriebel@atg.state.il.us

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| JOSEPH MAX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 0616 |
| | ) | |
| | ) | |
| KEVIN GILSON, Warden, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

---

## PROPOSED SCHEDULING ORDER

1.     Having read and considered petitioner's petition for habeas corpus and

respondent's motion to dismiss;

2.     Petitioner is hereby ordered to file a response, if any, to respondent's

motion to dismiss within 30 days of the filing of this order; and

3.     Respondent shall file a reply, if necessary, within 30 days thereafter.

ENTER:

_____
Matthew F. Kennelly,
Judge, United States District Court

Karl R. Triebel, Bar # 6285222
Assistant Attorney General
100 W. Randolph St., 12th Floor
Chicago, Il. 60601-3218
Telephone: (312) 814-2391
Fax: (312) 814-2253
Email: ktriebel@atg.state.il.us