## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 616 | **DATE** | 4/30/2008 |
| **CASE TITLE** | United States of America, ex rel. Joseph Max vs. Kevin Gilson | | |

**DOCKET ENTRY TEXT**

Petitioner is directed to respond in writing to the motion to dismiss by no later than 5/30/08.  Respondent is directed to reply to the response by no later than 6/14/08.  The court will rule by mail.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|