IN THE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.
JOSEPH MAX,
Petitioner,

vs.

KEVIN GILSON, Warden,
Respondent.

FILED

MAY 6 2008
May 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 08 C 0616

The Honorable
Matthew F. Kennelly,
Judge Presiding.

MOTION FOR EXTENSION OF TIME
TO FILE OR OTHERWISE PLEAD

Before this Honorable Court comes now pro-se petitioner, Joseph Max, seeking ORDER for an Extension of Time to file or Otherwise Plead in Response to Respondent's Motion To Dismiss; filed by said Respondent on April 30, 2008. And, as reason/s therefore petitioner offers the following:

1) Petitioner is not a lawyer but a pro-se litigant and as such is only vaguely familiar in jurisprudence and the mechanics of law.

2) The amount of time alloted an inmate to

visit the institutional Law Library, for research purposes, is restricted because of security concerns, the actual hours the Library is open and, the number of inmates requesting the opportunity to attend.

3.) That the respondent has raised matters of law that petitioner was not aware of and he must be accorded the time necessary to research such matters in order to respond appropriately in his defense.

4.) That this request is not made in an attempt to delay these proceedings as petitioner is eager to present argument to support the claims he has made on the issues presented in his petition for Habeas Corpus relief.

5.) That petitioner requests this Honorable Court grant him an Extension of Time up to and including the date of June 30, 2008.

Respectfully Submitted,

_Mr. Joseph Max_

Joseph MAX
Reg. No. N 21 823
P.O. Box 1900
Canton, IL. 61520

# AFFIDAVIT

I, _Mr. Joseph Max_ , being duly sworn do repose and state that the attached _Motion_ is true and correct in substance and fact to the best of my knowledge.

/s/ _Mr. Joseph Max._
Petitioner

Subscribed and sworn to before me this
_29_ day of _April_ , 20_08_.

_Don C. Beamhart_
Notary Public

"OFFICIAL SEAL"
Don C. Beamhart
Notary Public, State of Illinois
My Commission Exp. 08/22/2008

_8/22/08_
Expiration of Commission

# _N-21823_
_Illinois River_ Correctional Center
P.O. Box _1900_

_Canton_ , Illinois _61520_

# NOTICE OF FILING

TO: _Karl R. Triebel_     TO: _Michael W. Dobbins_     TO:_____
_Assistant Attorney General_     _Clerk of the U.S_
_100 W. Randolph St. 12TH FL._     _District Court_
_219 South Dearborn Str._
_Chicago, IL, 60601_     _Chicago, IL. 60604_

Please take notice on _April 25_ , 20 _08_ , I filed with _Clerk of Northern_
_District_     Court the attached _Motion_ , _Three (3)_
copy(ies) of which are served on you.

/s/ _Mr. Joseph Max._

# AFFIDAVIT OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF           )

I, _Mr. Joseph Max_ , being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at _Canton_ , Illinois, _61520_ , on or about the hour of _11:10 AM_ on _April 25_ , 20_08_.

/s/ _Mr. Joseph Max_

Revised Jan 2002