April 25, 2008

KARL R. TRIEBEL,
Assistant Attorney General
100 W. Randolph St., 12th Floor
Chicago, IL. 60601-3218

FILED
MAY 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE: UNITED STATES, ex rel., Joseph MAX v. Kevin Gilson, Case No. 08 C 0616

## NOTICE OF MOTION

Please be advised that, on Friday, April 25, 2008, I have caused to be filed in United States District Court for the Northern District of Illinois, Eastern Division, a "Motion For Extension of Time to File or Otherwise Plead" a Response to your Motion to Dismiss, a copy of which is included herein.

Respectfully yours,
Mr. Joseph Max

Joseph MAX
Reg. No. N-21823
P.O. Box 1900
Canton, IL. 61520