# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 616 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Max vs. Gilson | | |

**DOCKET ENTRY TEXT**

Petitioner's motion for extension of time is granted [# 16]. Due date for petitioner's response to motion to dismiss is extended to 6/20/08. Due date for respondent's reply is extended to 7/14/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|