## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07CV4816          Assigned/Issued By: TC

Judge Name: DARRAH             Designated Magistrate Judge: MASON

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             *(Victim, Against and $ Amount)*
☑ Citation to Discover Assets                ☐ Other

☐ Writ _____                            _____
       *(Type of Writ)*                      *(Type of issuance)*

1 Original and 1 copies on 06/05/08 as to EVANS CONSTRUCTION
                        *(Date)*

SERVICES

Notice Filed

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) ) ) ) | **FILED**<br>JUN 0 5 2008  T C<br>**MICHAEL W. DOBBINS**<br>**CLERK, U.S. DISTRICT COURT**<br><br>No. 07-4816 |
| Plaintiffs, | ) ) | Judge Darrah |
| v. | ) ) | Magistrate Judge Mason |
| MILLENNIUM CONCRETE LLC, an Illinois corporation, | ) ) ) ) | |
| Defendant. | ) | |

## CITATION NOTICE

| Judgment Debtor's Last known Address: | Judgment Creditor/ Creditor's Attorney: |
|---|---|
| Name:    Millennium Concrete, LLC<br>Address: 2319 Peachtree Lane<br>City:    Dyer, IN 46311<br>Phone: | **ARNOLD and KADJAN**<br>19 West Jackson Blvd.<br>Chicago, IL 60604<br>(312) 236-0415 |

Judgment in the amount of **$9,300.00** for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al.** Of that amount, **$9,300.00** for **TRUSTEES OF THE CEMENT MASONS PENSION FUND LOCAL 502, et al.**, remains due.

Name of person receiving Citation: <u>Evans Construction Services, c/o its registered agent, Michael Bonn, 300 S. Wacker Dr., Ste. 1000, Chicago, IL 60606.</u>

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear before **Judge Darrah** on **June 24, 2008** at **9:00 a.m., Room 1203** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment

Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000.00 in value, in any personal property as chosen by the Debtor; Social Security and SSI benefits; Public assistance benefits; Unemployment compensation benefits; Worker's compensation benefits; Veteran's benefits; Circuit breaker property tax relief benefits; the Debtor's equity interest not to exceed $2,400.00 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements, professional books, or tools of the trade of the Debtor.

(2) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment;

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wage;

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage;

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to see a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 S. Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing.