## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 616 | **DATE** | 7/3/2008 |
| **CASE TITLE** | US ex rel. Joseph Max vs. Kevin Gilson | | |

**DOCKET ENTRY TEXT**

The Court denies petitioner's "motion for abeyance of habeas petition and/or motion to withdraw without prejudice" [# 19-1, 19-2]. The motion makes reference to a request for a certificate of appealability, but the docket does not reflect the filing of any such request. Nor would there be any occasion at this point for petitioner to request such a certificate, as the Court has made no rulings adverse to him.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case 1:08-cv-00616   Document 21-2   Filed 07/03/2008   Page 1 of 1

06C616 US ex rel. Joseph Max vs. Kevin Gilson                                                                 Page 1 of 1