08C 616

July 3, 2008

Dear Clerk Dobbins,

FILED
JUL 10 2008
Jul 10. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Here you shall find a copy of my "Application Certificate of Appealibility."

I apologize for not being able to send this copy to you on June 30, 2008. It was of circumstances that were totally out of my control.

As stated below:

1) On June 30, 2008. While I expected to attend the law library to get all of my legal papers copied and notorized. The law library employee did not run library.

2) On July 1, 2008 Mr. Burkart forgot to send me a Call-line pass to the law library. And could not copy or notorize papers.

3) On July 2, 2008, Mr. Burkart sent me a Call-line pass to attend law library, but advised me that the xerox machine was broken. He advised me that my legal papers would be copied and notorized the next day.

4) On July 3, 2008, Mr. Burkart sent me a Call-line pass to the law library. The Xerox Machine had been fixed. He then copied a total of 376 pages, and notorized papers, to be sent to the 7th Circuit Court of Appeals and the U.S. District Court.

I had no control over the delay. This can be varified by Mr. Burkart, the law library's only employee. He did his best to ensure that I be treated fairly. I again apologize for any delay or inconvenience.

Sincerely,
MR. Joseph Max.