# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 616 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Max vs. Gilson | | |

**DOCKET ENTRY TEXT**

Petitioner's motion for a certificate of appealability is denied [# 22]. The Court has not yet made a ruling on the merits of the petition, and thus petitioner is not entitled to appeal any aspect of the case at this time. Because petitioner has no right to appeal at this time, issuance of a certificate of appealability would be inappropriate.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|